WILLIAM BIEL and Others, Plaintiffs, *v.* CROSSE & BLACKWELL, LTD., a British Corporation, Defendant.

Municipal Court of New York, Borough of Manhattan, Ninth District, December 20, 1932.

*A. Norman Somers*, for the plaintiffs.

*Auchincloss & Duncan* [*Charles R. Lowther* of counsel], for the defendant.

WHALEN, J. This is a motion for summary judgment. The plaintiffs proceed on a written guaranty executed by this defendant, guaranteeing the payment of the dividend on the preferred stock of Crosse & Blackwell, Inc. The defense set forth in the affidavit in opposition is that Crosse & Blackwell, Inc., has been dissolved, and, therefore, the guaranty is no longer operative.

At the argument I was of the opinion that it will be an issue of fact as to whether or not the extinction of Crosse & Blackwell, Inc., was brought about in good faith or otherwise. I have since read the cases cited by the defendant, and these cases confirm that view, namely, *Mason* v. *Standard, etc., Co.* (85 App. Div. 520); *Lorrillard* v. *Clyde* (142 N. Y. 456); *Columbus Trust Co.* v. *Moshier* (51 Misc. 270; affd., 121 App. Div. 906; affd., 193 N. Y. 660); *Stannard* v. *Reid & Co.* (114 App. Div. 135, 136). This issue as to the good faith of the defendant is a matter that cannot be determined upon affidavits, but must be disposed of after a trial.

The motion will, therefore, be denied.